UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DE'VON MYKEL BOWEN                                                               Plaintiff

v.                                                    Civil Action No. 3:22-CV-P180-RGJ

DWAYNE CLARK, *et al.*                                            Defendants

\* \* \* \* \*

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a **final and appealable Order** and this action shall be **STRICKEN** from the Court's active docket.

This Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: October 26, 2022

*Rebecca Grady Jennings, District Judge*
United States District Court

cc:      Plaintiff, *pro se*
          Defendants
A961.005